UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 26-4963-DMG (PVCx)** | Date | August 6, 2026 |
| Title | ***Guannan Shi, et al. v. M&D Regional Center, LLC, et al.*** | Page | 1 of 1 |

| | |
|---|---|
| Present: The Honorable | DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| DEREK DAVIS | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| Not Present | Not Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

On May 1, 2026, Defendants M&D Regional Center, LLC ("MDRC"), M+D Properties ("M+D"), and Greenland Construction Services, LLC ("Greenland") removed this action from Los Angeles County Superior Court to this Court. [Doc. # 1 ("NOR").] The state court compelled the parties to arbitrate in October 2023. NOR at 3.[1] Following the completion of arbitration, in March 2026, Plaintiffs filed a petition in state court to confirm the arbitration award and Defendants, in response, filed a motion to vacate or alter the arbitration award. *Id.* The motions were set for hearing in state court on May 7, 2026. *Id.* Before the hearing could occur, Defendants removed the action.

As of the date of this Order, no motions or applications for relief have been noticed for hearing in this Court by either side. Without a noticed motion, this case cannot move forward. The parties are **ORDERED TO SHOW CAUSE** why this case should not be dismissed for lack of prosecution. Plaintiffs and Defendants shall each file a response to the OSC by **August 21, 2026**. **Failure to file a timely response may result in the dismissal of this action for lack of prosecution.**

**IT IS SO ORDERED.**

[1] All page citations herein refer to the page numbers inserted by the CM/ECF system.